

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

United States of America                    Plaintiff

v.

$52,300.00 in U.S. Currency; Assorted Gold Coins and Silver Bars; One 2010 Dodge Ram 2500 Truck, CA License Plate No. 8Z66105, VIN 3D7UT2CL2AG173855, Its Tools and Appurtenances; One 2008 Itasca/Dodge Navion Motorhome, CA License Plate No. 6ZPB963, VIN WDXPF445189357889, Its Tools and Appurtenances                    Defendants

Civil Action No.    15cv0837-W(BGS)

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court grants the Joint motion for forfeiture. $5,000.00 of the defendant currency, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned to the claimant, Elizabeth Bell, either directly or through her attorney of record, Michael E. Cindrich. $47,300.00 in U.S. currency shall be forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. All of the Assorted Gold Coins and Silver Bars shall be forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. The United States recognizes and acknowledges the lien held by GMAC against the defendant vehicle, One 2010 Dodge Ram 2500 Truck. The defendant vehicle shall be condemned and forfeited to the United States pursuant to Title 21, United States Code, Section 881 and disposed of according to law. The United States Marshals Service shall, either sell the defendant vehicle with GMAC receiving payment according to their outstanding lien, provided sufficient net proceeds exist, or the vehicle may be returned to GMAC pursuant to the discretion of the United States Marshals Service. The United States shall not be responsible for any discrepancy between the amount of the lien and the value of the defendant vehicle. GMAC retains the right to pursue any shortfall through the procedures stated in the contract of sales establishing their lien in the defendant vehicle. The defendant vehicle, One 2008 Itasca/Dodge Navion Motorhome, shall be

Date:          5/6/16

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Ortiz

J. Ortiz, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

### (ATTACHMENT)

**Civil Action No.**   15cv0837-W(BGS)

condemned and forfeited to the United States pursuant to Title 21, United States Code, Section 881 and disposed of according to law. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations that the claimants may owe to the United States. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimants agree that by entering into the joint motion, that they have not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465. All parties shall bear their own costs and expenses, including attorney fees. Judgment shall be entered in favor of the United States on its complaint. Claimants warrant and represent as a material fact that they are the sole owners of the defendant currency, property, and vehicles, and further warrant that no other person or entity has any right, claim or interest in the defendants, and that they will indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendants. The claimants, their agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendants.